# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **TILLMAN NORTH,** | : |
| **Plaintiff,** | : |
| vs. | :    **CIVIL ACTION 07-00657-WS-B** |
| **ATMORE CITY POLICE DEPARTMENT,** *et al.*, | : |
| **Defendants.** | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE** this 12th day of March, 2008.

                             s/WILLIAM H. STEELE
                             UNITED STATES DISTRICT JUDGE

Case 1:07-cv-00657-WS-B   Document 5   Filed 03/12/08   Page 2 of 2